```
FILED
February 4, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>v.                              )<br>                                )<br>TAMMY LEE,                      )<br>                                )<br>            Defendant.          ) | Case No. 2:12-cr-00446-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TAMMY LEE, Case No. 2:12-cr-00446-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00

    _X_   Co-signed Unsecured Appearance Bond

    \_\_\_   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  2/4/2013  at  3:35pm.

By  _____
Edmund F. Brennan
United States Magistrate Judge