TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
TAMMY LEE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>TAMMY LEE,<br><br>           Defendant. | CASE NO. 2:12-CR-00446 GEB<br><br>**AMENDED STIPULATION REGARDING  CONTINUANCE OF STATUS CONFERENCE; [PROPOSED] FINDINGS AND ORDER** |

Defendant, TAMMY LEE, by and through her counsel of record, TONI CARBONE, and the GOVERNMENT hereby stipulate as follows:

1. By previous order, this matter was set for status on March 15, 2013.

2. By this stipulation, defendant now moves to continue the status conference until May 8, 2013, and to exclude time between March 20, 2013 and May 3, 2013 under Local Code T4.  The GOVERNMENT does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The United States has represented that the discovery associated with this case to date, and provided to defense counsel, includes investigative reports and related documents in electronic form amounting to approximately 2,548 pages of documents.

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

1          b.      Counsel for defendant believes that failure to grant the above-requested
2 continuance would deny her the reasonable time necessary for effective preparation, taking into
3 account the exercise of due diligence.
4         c.      The GOVERNMENT does not object to the continuance.
5         g.      Based on the above-stated findings, the ends of justice served by continuing
6 the case as requested outweigh the interest of the public and the defendant in a trial within the
7 original date prescribed by the Speedy Trial Act.
8         g.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
9 § 3161, *et seq.*, within which trial must commence, the time period of March 20, 2013 to May 3,
10 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
11 because it results from a continuance granted by the Court at defendant's request on the basis of the
12 Court's finding that the ends of justice served by taking such action outweigh the best interest of the
13 public and the defendant in a speedy trial.
14    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of
15 the Speedy Trial Act dictate that additional time periods are excludable from the period within which
16 a trial must commence.

2

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

IT IS SO STIPULATED.

Dated:  March 14, 2013          BENJAMIN B. WAGNER
                                United States Attorney

                        By:     */s/ Toni Carbone for*
                                JARED DOLAN
                                Assistant U.S. Attorney

                                For the United States

Dated:  March 14, 2013  By:     */s/ Toni Carbone*
                                TONI CARBONE

                                For the Defendant

## **O R D E R**

IT IS SO FOUND AND ORDERED.

**Date:  3/15/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge