TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
TAMMY LEE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00446 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE;  FINDINGS AND ORDER** |
| v. | |
| TAMMY LEE, | |
| Defendant. | |

   Defendant, TAMMY LEE, by and through her counsel of record, TONI CARBONE, and the GOVERNMENT hereby stipulate as follows:

   1.   By previous order, this matter was set for status on September 26, 2013.

   2.   By this stipulation, defendant now moves to continue the status conference until October 31, 2013, and to exclude time between September 26, 2013 and October 31, 2013 under Local Code T4.  The GOVERNMENT does not oppose this request.

   3.   The parties agree and stipulate, and request that the Court find the following:

      a.   The United States has represented that the discovery associated with this case to date, and provided to defense counsel, includes investigative reports and related documents in electronic form amounting to approximately 2,548 pages of documents.

      b.     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c.     The GOVERNMENT does not object to the continuance.

      d.     The GOVERNMENT and counsel for the defendant are working toward resolution of the case.

      g.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 26, 2013 to October 31, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

2

IT IS SO STIPULATED.

Dated: September 24, 2013           BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:  /s/ Toni Carbone for
                                    JARED DOLAN
                                    Assistant U.S. Attorney

                                    For the United States

Dated: September 24, 2013           By:  /s/ Toni Carbone
                                    TONI CARBONE

                                    For the Defendant

**ORDER**

IT IS SO FOUND AND ORDERED this 25th day of September, 2013.

_____
Troy L. Nunley
United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3