1   TONI H. WHITE (SBN 210119)
    ATTORNEY AT LAW
2   11930 Heritage Oak Place, Suite 6
    Auburn, CA  95603
3   Telephone:  (530) 885-6244
    Facsimile:   (530) 885-8245
4

5   Attorney for Defendant
    TAMMY LEE
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:12-CR-00446 TLN

12                        Plaintiff,       **STIPULATION REGARDING
                                           CONTINUANCE OF STATUS
13  v.                                     CONFERENCE; FINDINGS AND
                                           ORDER**
14  TAMMY LEE,

15                        Defendant.

16

17          Defendant, TAMMY LEE, by and through her counsel of record, TONI WHITE, and the

18  GOVERNMENT hereby stipulate as follows:

19          1.      By previous order, this matter was set for status on May 15, 2014.

20          2.      By this stipulation, defendant now moves to continue the status conference until June

21  12, 2014, at 9:30 a.m., and  to exclude time between  May 15, 2014 and June 12, 2014  under Local

22  Code T4.  The GOVERNMENT does not oppose this request.

23          3.      The parties agree and stipulate, and request that the Court find the following:

24                  a.      The United States has represented that the discovery associated with this case

25  to date, and provided to defense counsel, includes investigative reports and related documents in

26  electronic form amounting to approximately 2,548 pages of documents.

27

28

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

b.      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.      The GOVERNMENT does not object to the continuance.

d.      The GOVERNMENT and counsel for the defendant are working toward resolution of the case.

g.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of  May 15, 2014 to June 12, 2014,  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

IT IS SO STIPULATED.

Dated:  May 13, 2014                BENJAMIN B. WAGNER
                                   United States Attorney

                                   By:    */s/ Toni White for*_____
                                   JARED DOLAN
                                   Assistant U.S. Attorney

                                   For the United States

Dated:  May 15, 2014       By:     */s/ Toni White*___ _____
                                   TONI WHITE

                                   For the Defendant


# **O R D E R**

IT IS SO FOUND AND ORDERED this 14th day of May, 2014.


Troy L. Nunley
United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time