```
TONI WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245


Attorney for Defendant
TAMMY LEE
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00446 TLN |
| Plaintiff, | **STIPULATION FOR EXTENSION OF SELF-SURRENDER DATE; FINDINGS AND ORDER** |
| v. | |
| TAMMY LEE, | |
| Defendant. | |

It is hereby stipulated and agreed to between the GOVERNMENT through Assistant United States Attorney Jared Dolan, and the defendant, TAMMY LEE, by and through her counsel, TONI WHITE, that the date for self surrender to serve her term of imprisonment be extended from March 27, 2015 until May 1, 2015.

Ms. Lee was sentenced on January 15, 2015 to serve a term of imprisonment of 21 months. She was ordered to self surrender by March 27, 2015. She has requested no previous extensions.

Ms. Lee is a recent cancer survivor and has dealt with a host of medical issues during the time that her case was pending. She has one last medical issue that needs attention: cataract surgery. Her surgery is scheduled for March 19, 2015 with post operative appointments occurring through April 28, 2015 (Defense Exhibit 1). Ms. Lee requests that the Court extend her surrender date to allow her to complete the post operative appointments prior to her self surrender.

She requests a self surrender date of May 1, 2015. The GOVERNMENT does not object to the extension of the self surrender date as requested.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated:  March 18, 2015 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | */s/ Toni White for*<br>JARED DOLAN<br>Assistant U.S. Attorney |
| | | For the United States |
| Dated:  March 18, 2015 | By: | */s/ Toni White*<br>TONI WHITE<br>For the Defendant |

# **O R D E R**

IT IS SO FOUND AND ORDERED this 20th day of March, 2015.

_____
Troy L. Nunley
United States District Judge