TONI WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
TAMMY LEE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>TAMMY LEE,<br><br>                    Defendant. | CASE NO. 2:12-CR-00446 TLN<br><br>**STIPULATION REGARDING EXTENSION OF SURRENDER DATE; FINDINGS AND ORDER** |

    It is hereby stipulated and agreed to between the GOVERNMENT through Assistant United States Attorney Jared Dolan, and the defendant, TAMMY LEE, by and through her counsel, TONI WHITE, that the date for self-surrender to serve her term of imprisonment be extended from May 1, 2015 until June 1, 2015.

    Ms. Lee was sentenced on January 15, 2015 to serve a term of imprisonment of 21 months and received an extension of her self-surrender date until May 1, 2015 to allow her to undergo currently scheduled surgery. There were complications from her surgery and another surgery is needed. As such, Ms. Lee is requesting an extension of her turn-in date until June 1, 2015. The Government, through Assistant United States Attorney Jared Dolan, has no objection.

    Ms. Lee is a recent cancer survivor and has dealt with a host of medical issues during the time that her case was pending. She is now dealing with complications resulting from her recent cataract surgery. Her next surgery is May 11, 2015 if the court allows her extension. She would have

follow up appointments through May 19, 2015. (See Defendant's Exhibit 1). She requests a self-surrender date of June 1, 2015.

IT IS SO STIPULATED.

Dated: April 28, 2015                    BENJAMIN B. WAGNER
                                          United States Attorney

                                  By:    /s/ Toni White for
                                          JARED DOLAN
                                          Assistant U.S. Attorney

                                          For the United States

Dated: April 28, 2015             By:    /s/ Toni White
                                          TONI WHITE
                                          For the Defendant

# **O R D E R**

IT IS SO FOUND AND ORDERED this 29th day of April, 2015.

_____
Troy L. Nunley
United States District Judge

Stipulation and Order for Extension of Self Surrender Date